ORDERED.

Dated:  February 21, 2017

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re ) | |
| ) | CHAPTER   7 |
| Louis Ricardo Roig, Jr ) | CASE NO.    6:17-bk-00116-CCJ |
| and Erica Jean Roig ) | |
| Debtor(s) ) | |
| ) | |

**ORDER GRANTING NAVY FEDERAL CREDIT UNION RELIEF FROM STAY**

THIS CASE came on for consideration upon the Motion for Relief from Stay filed by **NAVY FEDERAL CREDIT UNION ("Creditor")** (DOC. NO. 13).  No appropriate response having been filed in accordance with Local Rule 2002-4, it is ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 is terminated as to Movant's interest in the following property: **REAL PROPERTY LOCATED: 201 CAROLINA JASMINE LN JACKSONVILLE, FL 32259, LEGALLY DESCRIBED AS: LOT 1, VINNINGS ACCORDING TO PLAT THEREOF AS RECORDED IN MAP**

**BOOK 36, PAGES 65, 66, 67, 68, 69, 70 AND 71 OF THE PUBLIC RECORDS OF ST JOHNS COUNTY, FLORIDA**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall not obtain *in personam* relief against the debtor.

4. Fees and costs are awarded to Creditor to the extent permitted by the loan documents; however, such allowed fees and costs shall not exceed the total amount of $526.00.

5. The fourteen (14) day period in Bankruptcy Rule 4001 (a)(3) shall not be waived or reduced as requested in the Creditor's Motion. The automatic stay shall remain in effect until the end of the fourteenth day <u>following</u> the date of the entry of this Order. The date of the entry of the Order shall not be counted as the first day of the fourteen (14) day period.

###

Attorney Matt Holtsinger is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of this order.